**Dismissed and Memorandum Opinion filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00100-CV

### GIBSON AYODELE OLUYITAN, Appellant

### V.

### JP MORGAN CHASE BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-054025**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 15, 2015. The clerk's record was filed March 10, 2015. No reporter's record or brief was filed.

On April 23, 2015, this court issued an order stating that unless appellant submitted a brief on or before May 15, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.